IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY PAUL SMITH, | No. C 07-1464 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| TILLMAN, K.; GUZMAN, C.; CLAWSON, B.; and HALL, D., | |
| Defendants. | |

On ,July 9, 2007, this case was dismissed because plaintiff did not present a cognizable claim for relief. Plaintiff was granted thirty days to file an amended complaint. On July 20, 2007, he filed a First Amended Complaint under 42 U.S.C. 1983. In his amended complaint, plaintiff states that he has Eighth Amendment, due process and equal protection claims. He references a "statement of claim" that he allegedly wrote, and a "Deputy Black." Plaintiff does not explain what Black is alleged to have done, let alone how he might have violated plaintiff's constitutional rights. The amended complaint does not state a cognizable claim for relief

Additionally, on June 20, 2008, mail sent to plaintiff at the address he provided to the court was returned by the postal service as undeliverable because plaintiff is not in custody. Plaintiff has not provided the court with a correct address, as required by Local Rule 3.11.

//

//

1  For the reasons stated, this case is **DISMISSED**.  The motions for leave to proceed in
2  forma pauperis (docket numbers 3 and 15) are **GRANTED**, and no initial filing fee is due at this
3  time.

4  The clerk shall close the file.

5  **IT IS SO ORDERED.**

6  Dated:     October 6,     , 2009.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CR.07\SMITH464.DSM

2